## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

THEDROW L. BROWN                                                                                    PLAINTIFF
ADC #145215

V.                                           NO: 4:10CV00105 SWW/HDY

KARL BYRD *et al.*                                                                                  DEFENDANTS

### ORDER

Plaintiff filed this complaint on February 16, 2010, alleging that conditions at the Faulkner County Detention Center did not meet constitutional standards. On February 26, 2010, Plaintiff was ordered to file an amended complaint which described how long he was held in the objectionable conditions, the specific harm he sustained because of the conditions, and the reason he believes each Defendant is responsible for the objectionable conditions (docket entry #7). To date, Plaintiff has not filed the amended complaint. However, in light of Plaintiff's *pro se* status, he will be granted additional time to file his amended complaint.

IT IS THEREFORE ORDERED THAT Plaintiff file his amended complaint no later than 14 days after the entry of this order. Plaintiff's failure to file the amended complaint will result in the recommended dismissal of his complaint.

DATED this ___30___ day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE