# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

THEDROW L. BROWN                                                       PLAINTIFF
ADC #145215

V.                          NO: 4:10CV00105 SWW

KARL BYRD *et al.*
                                                                         DEFENDANTS

## **JUDGMENT**

      Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g), and the Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

      DATED this 26th day of April, 2010.

                                                                  /s/Susan Webber Wright
                                                      UNITED STATES DISTRICT JUDGE